Submitted on record and briefs May 20, reversed and remanded for reconsideration
November 4, 1992

In the Matter of the Compensation of
Mark D. Lobb, Claimant.
## LIBERTY NORTHWEST
## INSURANCE CORPORATION
and Warren Applicators,
*Petitioners,*

*v.*

Mark D. LOBB,
*Respondent.*

(WCB 90-13085, 90-13084; CA A71823)

839 P2d 288

M. Kathryn Olney, Senior Trial Counsel, and Alexander D. Libmann, Trial Counsel, Portland, filed the brief for petitioners.

Karen M. Werner, Eugene, and Michael Stebbins and Stebbins & Coffey, North Bend, filed the brief for respondent.

Before Riggs, Presiding Judge, and Edmonds and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131 (1992).

Riggs, J., dissenting.

**RIGGS, J.,** dissenting.

I dissent for the reasons expressed in the dissent in *SAIF v. Herron*, 114 Or App 64, 72, 836 P2d 131 (1992) (Durham, J., dissenting).